

Group Exhibit A