1163030005 East St Louis / Centreville / Centreville, City of / FOS

# COMPLAINT LISTING

| Name | Date | Community | Type of Complaint |
|---|---|---|---|
| | 1/13/2003 | E. St. Louis | Sewage* |
| | 2/10/2003 | E. St. Louis | Sewage* |
| | 9/30/2003 | E. St. Louis | Sewage* |
| | 10/14/2003 | Centreville | Sewage** |
| | 11/18/2003 | Centreville | Sewage*** |
| | 12/8/2003 | E. St. Louis | Sewage* |
| | 4/5/2004 | E. St. Louis | Sewage* |
| | 11/1/2004 | E. St Louis | Sewage* |
| | 1/18/2005 | Alorton | Flooding |
| | 3/9/2005 | Centreville | Sewage*** |
| | 8/29/2005 | Centreville | Sewage*** |
| | 9/15/2006 | Centreville | Sewage * |
| | 3/4/2008 | E. St. Louis | Sewer odor* |
| | 4/10/2008 | E. St. Louis | Sewage*** |
| | 4/18/2008 | E. St. Louis | Sewage* |
| | 4/23/2008 | Centreville | Sewage** |
| Unknown | 5/28/2009 | E. St. Louis | sewage* |
| Unknown | 8/11/2009 | Centreville | Sewage** |
| | 9/8/2009 | E. St. Louis | Sewage* |
| | 11/16/2009 | Centreville | Sewage** |
| | 12/16/2009 | E. St. Louis | Sewage* |
| | 1/4/2012 | E. St. Louis | Sewage/odor* |
| | 8/12/2014 | E. St. Louis | Sewage* |
| | 10/15/2018 | E. St. Louis | Sewage* |

IEPA - DIVISION OF RECORDS MANAGEMENT RELEASABLE
MAR 20 2020
REVIEWER: MED

*Owner of collection system-E. St. Louis **Owner-Commonfields *** Owner-Centreville

# COMPLAINT LISTING

| Name | Date | Community | Type of Complaint |
|---|---|---|---|
| | 11/25/2009 | Centreville | Sewage* |
| Unknown | 7/16/2010 | Signal Hill, Belleville | Sewage** |
| | 7/26/2010 | Centreville | Sewage ** |
| | 12/16/2010 | Centreville | Sewage* |
| | 3/21/2011 | Centreville. | Sewage** |
| | 3/23/2011 | Centreville | Sewage ** |
| | 4/7/2011 | Alorton | Sewage* |
| | 5/10/2011 | Centreville | Sewage** |
| | 8/2/2011 | Signal Hill, Belleville | Sewage** |
| | 8/11/2011 | Signal Hill, Belleville | Sewage** |
| | 10/8/2012 | Centreville | Sewage** |
| Unknown | 10/7/2014 | Centreville | Sewage* |
| Unknown | 2/3/2015 | Centreville | Sewage* |
| Unknown | 9/15/2015 | Centreville | Sewage* |
| | 9/18/2015 | Centreville | Sewage** |
| Unknown | 7/6/2017 | Centreville | Sewage* |
| Unknown | 1/4/2018 | Centreville | Sewage* |
| | 6/15/2018 | Centreville | Sewage* |
| Unknown | 6/16/2018 | Centreville | Sewage* |
| *** | 11/5/2018 | Centreville | Sewage* |
| | 8/23/2019 | Centreville | Sewage* |

*Owner of collection system, City of Centreville

**Owner of collection system, Commonfields of Cahokia

***Land of Lincoln Legal Assistance Foundation