# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

| | |
|---|---|
| CORNELIUS BENNETT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 3:20-cv-00530-DWD |
| ) | |
| CITY OF CENTREVILLE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF CORNELIUS BENNETT

I, Cornelius Bennett, being duly sworn, hereby depose and state as follows:

1. My name is Cornelius Bennett and I have personal knowledge of the matters contained in this Affidavit.

2. I reside at 80 N. 80 Cahokia Heights, Illinois 62203.

3. Recently, in August 2023 and September of 2023, I experienced raw sewage backups in my backyard from the Cahokia Heights sanitary sewer system.

4. When these raw sewage backups occur, I use bleach and Pine-Sol to try to eliminate the smell of the sewage. It does not help much. My family and I can still smell the raw sewage around our home.

5. On Wednesday, October 18, 2023, I began experiencing sewage backups in my backyard again.

6. As of today, October 23, 2023, these backups from Cahokia Heights' sanitary sewer system are still occurring in my backyard. I am still trying to eliminate the smell from my yard and obtain assistance to resolve these backups.

7. While, unfortunately, I have experienced raw sewage backups at my property for years, over the last few months, the frequency has increased.

8. I have also experienced drainage issues with the ditches in my front yard over the last two years due to the work performed by the City of Cahokia Heights.

9. Specifically, the City of Cahokia Heights was working in some of the ditches in my neighborhood (Ping Pong) including one of the ditches in my front yard.

10. The work the City performed was unfinished. They left a large tree blocking my ditch and worsening conditions. Ultimately, obstructing the ability for water to flow through this ditch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-23-2023__  __Cornellius Bennett__
              Date                          Affiant

SWORN TO AND SUBSCRIBED before me this 23rd day of October, 2023

My commission expires:
9-27-26

__Karissa Whitten__
Notary Public

KARISSA WHITTEN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 27, 2026