# Deposition of:
# **Jose A. Constantine**

**Date:** December 15, 2021

**Case:** Cornelius Bennett and Earlie Fuse v. City of Centreville, et al.

**Reporter:** Colleen K. Furnas, CSR

**Keefe Reporting Company**
618-277-0190
reporter@keefereporting.com

Cornelius Bennett and Earlie Fuse v. City of Centreville, et al.
Jose A. Constantine 12/15/2021

1    contribute, or water runoff from those bluffs does

2    contribute significantly to flooding in some

3    neighborhoods, but not all.

4            There are neighborhoods that are

5    hydrologically disconnected from those bluffs that

6    suffer some of the most egregious and significant

7    floods in the community.  Going to your question,

8    have we quantified the flows?  We have not.  What

9    we've quantified instead are the changes in the

10   channel morphology that prevent that channel along

11   Belleview from efficiently and from functionally

12   routing that water through the community.

13       Q.   Okay.  So at this point at least you're

14   not able to tell us to what extent the runoff from

15   the bluff across 157 affects that situation, but,

16   as you indicated, it is significant?

17       A.   That's correct.

18       Q.   And you mentioned that there are some

19   neighborhoods that aren't affected by that runoff.

20   What are those neighborhoods, Jose?

21       A.   Principally across the highway in a

22   neighborhood along Piat Place, so those -- that's a

23   particular neighborhood that has suffered periodic

24   flooding and doesn't receive drainage from,

Cornelius Bennett and Earlie Fuse v. City of Centreville, et al.
Jose A. Constantine 12/15/2021

1   **directly from those bluffs.**

2       **Q.   Any others other than Piat Place?**

3       **A.   Those are the -- no, that I'm aware of.  I**

4   **can't say definitively yes or no.  I'm only aware**

5   **of the one at Piat Place.**

6       Q.   Okay.  Jose, you have provided an excerpt

7   from, I guess this was obtained from the City of

8   Centreville or at least from their records that, an

9   excerpt from Frankie Seaberry, who was mayor of

10  Centreville during the period of time, formerly

11  requesting, formally requesting help from the, it

12  looks like Corps of Engineers and received a reply

13  that you have provided us.  So where did you obtain

14  that excerpt?

15      **A.   This was from an Army Corps of Engineers**

16  **report relating to planned work to support,**

17  **maintain and improve stormwater infrastructure**

18  **throughout the American Bottom.**

19      Q.   Okay.  And you said -- could you explain

20  to us, if you can, in core language if you're

21  familiar with, or what basically they're telling

22  Mayor Seaberry here?

23      **A.   The -- all of this -- this was not a**

24  **formal part of my report.  I do understand it to be**