IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORNELIUS BENNET<br>EARLIE FUSE,<br><br>                Plaintiffs,<br><br>vs.<br><br>CITY OF CENTREVILLE ET AL.,<br><br>                Defendants. | Case No.: 3:20-cv-00530-DWD |

**JOINT MOTION TO CONTINUE THE TRIAL DATE AND
PRETRIAL DEADLINES, AND FOR A STATUS CONFERENCE**

COME NOW Plaintiffs Cornelius Bennett and Earlie Fuse and Defendants Curtis McCall, and Defendants Commonfields of Cahokia Public Water District, Dennis Traiteur, Mark Jackson, Centreville Township, LaMar Gentry and the City of Centreville (collectively, the "Parties"), by and through their undersigned counsel, and hereby file their Joint Motion to continue the trial date and pretrial deadlines, and for a status conference.

Rule 16(b)(4) allows a schedule to be modified "for good cause and with the judge's consent." Good cause exists here. There are four pending motions before the Court that impact trial preparation and the causes of action to be tried:

- *Defendants' Joint Motion to Dismiss Based on Primary Jurisdiction* (Directly affects Plaintiffs' claims for injunctive relief) (Doc. 127);

- *Defendants' Joint Motion for Summary Judgment* (Directly affects Plaintiffs' claims for damages) (Doc. 141-42);

- *Defendants' Motion to Bar the Supplemental Report of Plaintiffs' Expert José A. Constantine* (Affects scope of expert testimony) (Doc. 138-39); and

- *Plaintiffs' Motion to Bar Defendants' Untimely Produced/Disclosed Documents and for Sanctions* (Affects scope of evidence and trial exhibits) (Doc. 150).

1

The outcome of the pending motions are essential to the Parties' ability to adequately prepare for trial. The Parties therefore request that the Court continue the trial in this matter until March 4, 2024 or a mutually agreeable date in early Spring 2024. Further, because of the fast approaching pretrial deadlines, the Parties request that the Court schedule a status conference in this matter.

Respectfully submitted,

/s/ Erica M. Spitzig
TAFT STETTINIUS & HOLLISTER LLP
Erica M. Spitzig, *admitted pro hac vice*

TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
espitzig@taftlaw.com
*Attorney for Defendants*

/s/ Heather M. Hawkins (with consent)
TAFT STETTINIUS & HOLLISTER LLP
Heather M. Hawkins, *admitted pro hac vice*

TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
hhawkins@taftlaw.com
*Attorney for Defendants*

/s/ Philip L. Comella (with consent)
TAFT STETTINIUS & HOLLISTER LLP

TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
PComella@taftlaw.com
*Attorney for Defendants*

|  |  |
|---|---|
|  | /s/  Mark C. Scoggins (with consent)<br>CROWDER & SCOGGINS, LTD. |
| CROWDER & SCOGGINS, LTD.<br>121 West Legion Avenue (physical address)<br>P.O. Box 167 (mailing address)<br>Columbia, IL 62236<br>Telephone:  (618) 281-7111<br>Facsimile:  (618) 281-7115<br>mscoggins@crowderscoggins.com<br>*Attorney for Defendants* |  |
|  | /s/  Michael L. Wagner (with consent)<br>CLAYBORNE & WAGNER |
| CLAYBORNE & WAGNER<br>525 W Main St #105<br>Belleville, IL 62220<br>Telephone:  (618) 239-0187<br>Facsimile:  (618) 416-7556<br>mwagner@cswlawllp.com<br>*Attorney for Defendants* |  |
|  | /s/  Nicole D. Nelson (with consent)<br>EQUITY LEGAL SERVICES, INC. |
| EQUITY LEGAL SERVICES, INC.<br>5720 N. Belt W<br>Belleville, IL  62226<br>Telephone:  (618) 693-9800<br>nnelson@equitylegalservices.org<br>*Attorney for Plaintiffs* |  |
|  | /s/  Kalila J. Jackson (with consent)<br>METROPOLITAN ST. LOUIS EQUAL<br>HOUSING & OPPORTUNITY COUNCIL |
| METROPOLITAN ST. LOUIS EQUAL<br>HOUSING & OPPORTUNITY COUNCIL<br>1027 S. Vandeventer Ave Fl 6<br>St. Louis, MO  63110<br>Telephone:  (314) 534-5800<br>kjackson@ehoc-stl.or<br>*Attorney for Plaintiffs* |  |
|  | /s/  Kennedy Moehrs Gardner (with consent)<br>METROPOLITAN ST. LOUIS EQUAL<br>HOUSING & OPPORTUNITY COUNCIL |

METROPOLITAN ST. LOUIS EQUAL
HOUSING & OPPORTUNITY COUNCIL
1027 S. Vandeventer Ave Fl 6
St. Louis, MO  63110
Telephone:  (314) 534-5800
kmgardner@ehoc-stl.org
*Attorney for Plaintiffs*

/s/  *Martina Tiku* (with consent)
NAACP

NAACP
4805 Mt. Hope Drive
Baltimore, MD  21215
Telephone:
mtiku@naacpnet.org
*Attorney for Plaintiffs*

/s/  *Joseph R. Schottenfeld* (with consent)
NAACP

NAACP
4805 Mt. Hope Drive
Baltimore, MD  21215
Telephone:
jschottenfeld@naacpnet.org
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicole D. Nelson
Equity Legal Services, Inc.
nnelson@equitylegalservices.org

Kalila J. Jackson
Metropolitan St. Louis Equal Housing & Opportunity Council
kjackson@ehoc-stl.or

Martina Tiku
NAACP
mtiku@naacpnet.org

Kennedy Moehrs Gardner
Metropolitan St. Louis Equal Housing & Opportunity Council
kmgardner@ehoc-stl.org

Joseph Schottenfeld
NAACP
jschottenfeld@naacpnet.org

        /s/  Erica M. Spitzig