IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

| | |
|---|---|
| CORNELIUS BENNETT and EARLIE FUSE, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 3:20-cv-00530-JPG |
| vs. | ) ) |
| CITY OF CENTREVILLE, et. al. | ) ) |
| Defendants. | ) |

**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3)**
**PRETRIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Case Management Procedures,Plaintiffs Cornelius Bennett and Plaintiff Earlie Fuse (collectively referred to hereinafter as "Plaintiffs") provide the following Pretrial Disclosures. Defendants reserve the right to correct, modify, or supplement these Pretrial Disclosures as permitted by the Federal Rules of Civil Procedure and the Court's Local Rules and Case Management Procedures, as well as in response to the Court's rulings on dispositive, discovery, and pretrial motions. Plaintiffs further reserve the right to call any witnesses or identify any documents appearing on Defendants' Pretrial Disclosures and to call additional witnesses or identify any documents in rebuttal. Plaintiffs further provide these Pretrial Disclosures without waiving any claim of privilege, work product, or other basis for non-disclosure.

I. Preliminary Witness List:

A. Plaintiffs expect to call the following witnesses at trial:

| Name | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| Cornelius Bennett | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-610-3759 |
| Earlie Fuse | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-610-3759 |
| Dr. Jose Constantine | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-610-3759 |
| Darius Bonton | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-610-3759 |
| Shekhar Mote | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-610-3759 |
| Herbert Simmons | 110 West Washington | Belleville | IL | 62220 | 618-825-2684 |
| Loren Wobig | 1 Natural Resources Way | Springfield | IL | 62702-1271 | 217-782-9130 |

| Name | | | | | |
|---|---|---|---|---|---|
| Frank Pace | Previously On File | On File | On File | On File | On File |
| Wayne Myatt | Previously On File | On File | On File | On File | On File |
| Vittorio Blaylock | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-610-3759 |
| Leslie Bennett | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-693-9800 |
| Shay Bennett | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-693-9800 |
| Jewel Walker | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-693-9800 |
| Larnell Greenwood | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-693-9800 |
| Patricia Greenwood | Contact through undersigned Counsel for Plaintiffs:<br><br>Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-693-9800 |

| Name | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| Tierra White | Contact through undersigned Counsel for Plaintiffs: Equity Legal Services, LLC. | Fairview Heights | IL | 62208 | 618-693-9800 |

B. Plaintiffs may call the following witnesses if the need arises at trial:

| Name | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| Erma Millard | Previously On File | On File | On File | On File | On File |
| Kerchavian McCall | Previously On File | On File | On File | On File | On File |
| Corey Allen | Previously On File | On File | On File | On File | On File |
| Leo Brown | Previously On File | On File | On File | On File | On File |
| Demerrio Helm | Previously On File | On File | On File | On File | On File |
| Dennis Traiteur | Previously On File | On File | On File | On File | On File |
| Christopher Belt | Previously On File | On File | On File | On File | On File |
| James Roth | Previously On File | On File | On File | On File | On File |
| Jim Nold | Previously On File | On File | On File | On File | On File |
| Gerri Boyer | Previously On File | On File | On File | On File | On File |

**II. Witnesses Whose Testimony is Expected to be Presented by Deposition**

At this time, Plaintiffs do not anticipate presenting witnesses through deposition testimony.

**III. Preliminary Exhibit List**

Please see the Exhibit List attached here as **Exhibit 1**, which identifies the exhibits—excluding demonstrative aids--that Plaintiffs expect to offer or may offer if the need arises at trial. Plaintiffs reserve the right to (1) offer any exhibit necessary to lay a foundation for the authenticity or admissibility of any other exhibit or document; (2) offer any exhibit necessary for impeachment or rebuttal; (3) offer any exhibit Defendants identify; (4) submit this list with: additional exhibits or documents that Defendants have not yet produced, Fed. R. Civ. P. 1006 summaries,

demonstrative exhibits, and physical samples of products and material, originals, copies, better or clearer copies, color copies, or certified copies of the listed exhibits.

                Respectfully submitted,

                **EQUITY LEGAL SERVICES, INC.**

w/consent:    /s/Nicole D. Nelson
                Nicole D. Nelson
                Attorney for Plaintiffs
                P: 618.693.9800
                E: nnelson@equitylegalservices.org

                **METROPOLITAN ST. LOUIS EQUAL HOUSING & OPPORTUNITY COUNCIL**

w/consent    /s/Kalila J. Jackson
                Kalila J. Jackson, Pro hac vice
                Attorney for Plaintiffs
                Senior Staff Attorney
                P: 314-534-5800
                E: kjackson@ehoc-stl.org

                /s/Kennedy Moehrs Gardner
                Kennedy Moehrs Gardner
                Attorney for Plaintiffs
                Senior Staff Attorney
                P: 314-534-5800
                E: kjackson@ehoc-stl.org

                **NAACP**

w/consent:    /s/Martina Tiku
                Martina Tiku, Pro hac vice
                Attorney for Plaintiffs
                Assistant General Counsel
                P: 443-472-9473
                E: mtiku@naacpnet.org

                                    **NAACP**

w/consent:    /s/Joseph Schottenfeld
                          Joseph Schottenfeld, Pro hac vice
                          Attorney for Plaintiffs
                          Assistant General Counsel
                          E: jschottenfeld@naacpnet.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December, 2023, I electronically served this document to the following:

CROWDER & SCOGGINS, LTD.
Mark C. Scoggins
mscoggins@crowderscoggins.com

CLAYBORNE & WAGNER
Mike Wagner
mwagner@cswlawllp.com

TAFT STETTINIUS & HOLLISTER LLP
Erica Spitzig
ESpitzig@taftlaw.com

Philip Comella
PComella@taftlaw.com

Heather M. Hawkins
hhawkins@taftlaw.com

                                              /s/Kennedy Moehrs Gardner
                                              Kennedy Moehrs Gardner