**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CORNELIUS BENNETT<br>EARLIE FUSE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CENTREVILLE, *et al.*,<br><br>Defendants. | Case No.: 3:20-cv-00530-DWD |

**DEFENDANT CITY OF CENTREVILLE'S PARTIAL MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' SEWER-RELATED AND STORMWATER RELATED TORT CLAIMS FOR INJUNCTIVE RELIEF**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant City of Centreville hereby moves for summary judgment on Plaintiffs Earlie Fuse's and Cornelius Bennett's sanitary sewer-related and stormwater-related tort claims for injunctive relief, alleged in Counts III, IV, V, and VI, of Plaintiffs' Amended Complaint (Doc. 60). Plaintiffs' sanitary sewer-related claims for injunctive relief are mooted by the Consent Decree entered between Cahokia Heights and the United States and State of Illinois, and Cahokia Heights' voluntary actions have mooted Plaintiffs' stormwater-related tort claims for injunctive relief.[1] Accordingly, the City of Centreville is entitled to summary judgment as a matter of law. A memorandum in support is being contemporaneously filed.

[1] Cahokia Heights was formed by a merger of the former City of Centreville and former villages of Alorton and Cahokia in May 2021. While Cahokia Heights is not a party to this litigation, it is the successor in interest to Defendant City of Centreville and the current owner and operator of all of the infrastructure at issue in this case. Thus, Cahokia Heights' actions are relevant to whether the Court can grant any further relief in response to Plaintiffs' claims for injunctive relief.

Respectfully submitted,

*/s/ Erica M. Spitzig*
TAFT STETTINIUS & HOLLISTER LLP
Erica M. Spitzig, *admitted pro hac vice*

TAFT STETTINIUS & HOLLISTER LLP
301 E. 4th Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
espitzig@taftlaw.com

*/s/ Clayton J. Smith*
TAFT STETTINIUS & HOLLISTER LLP
Clayton J. Smith

TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
cjsmith@taftlaw.com

*/s/ Heather M. Hawkins* (with consent)
TAFT STETTINIUS & HOLLISTER LLP
Heather M. Hawkins, *admitted pro hac vice*

TAFT STETTINIUS & HOLLISTER LLP
301 E. 4th Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
hhawkins@taftlaw.com

*/s/ Philip L. Comella* (with consent)
TAFT STETTINIUS & HOLLISTER LLP
Philip L. Comella

TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
pcomella@taftlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nicole D. Nelson<br>Equity Legal Services, Inc.<br>nnelson@equitylegalservices.org\ | Kalila J. Jackson<br>Metropolitan St. Louis Equal Housing &<br>Opportunity Council<br>kjackson@ehoc-stl.or |
| Blake G. Meinders<br>Sprague & Urban<br>bmeinders@spragueurban.com | Kennedy Moehrs Gardner<br>Metropolitan St. Louis Equal Housing &<br>Opportunity Council<br>kmgardner@ehoc-stl.org |
| Michael L. Wagner<br>Wagner Lickfield, PLLC<br>michael@BellevilleLitigation.com | Patrick Poston<br>Mark Scoggins<br>Crowder Scoggins, Ltd.<br>pposton@crowderscoggins.com<br>mscoggins@crowderscoggins.com |

*/s/ Erica M. Spitzig*